FILED
May 6, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )
                                  )   Case No. 2:08MJ00152-DAD-02
        Plaintiff,                )
v.                                )   ORDER FOR RELEASE OF
                                  )   PERSON IN CUSTODY
MARY THONGDEE,                    )
                                  )
        Defendant.                )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARY THONGDEE , Case No. 2:08MJ00152-DAD-02 , Charge 18USC § 666(a)(1)(A), 1956(a)(1)(B)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

    ✓ Unsecured Appearance Bond

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

    ✓ (Other)    Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 6, 2008  at  2:00 pm .

By  /s/ Gregory G. Hollows
    Gregory G. Hollows
    United States Magistrate Judge

Copy 5 - Court